## BEECHNUT CEREAL CO. v. BEECH-NUT PACKING CO.

(Court of Appeals of District of Columbia. Submitted January 16, 1920. Decided May 2, 1921.)

No. 1283.

Trade-marks and trade-names ⊆⇒43—Substantial part of corporate name of existing corporation cannot be registered.

"Beechnut," as a trade-mark for cereal breakfast food, was not entitled to registration, on opposition by the Beech-Nut Packing Company; it being a substantial part of the corporate name of the opposing company, which company was organized long prior to the applicant's entry into the field.

Appeal from the Commissioner of Patents.

Application by the Beechnut Cereal Company for the registration of a trade-mark, opposed by the Beech-Nut Packing Company. From a decision of the Patent Office, sustaining the opposition, applicant appeals. Affirmed.

⊆⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Vernon E. West, of Washington, D. C., and S. W. Banning, of Chicago, Ill., for appellant.

Joseph H. Milans and Calvin T. Milans, both of Washington, D. C., for appellee.

PER CURIAM. Appeal from a decision of the Patent Office sustaining the opposition of the Beech-Nut Packing Company, appellee here, to the registration by the appellant of the term "Beechnut" as a trade-mark for cereal breakfast foods.

"Beech-Nut" being a substantial part of the corporate name of the appellee company, which was organized long prior to appellant's entry into the field, the case is ruled by prior decisions of this court. Mansfield Tire & Rubber Co. v. Ford Motor Co., 44 App. D. C. 205; In re United Drug Co., 44 App. D. C. 209; Burrell v. Simplex Electric Heating Co., 44 App. D. C. 452; Howard Co. v. Baldwin Co., 48 App. D. C. 437.

The decision is affirmed.